FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 APR 20  AM 11: 53

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| MALCOLM PERRY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 605-146 |
| ) | |
| HUGH SMITH et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** and judgment is **ENTERED** in favor of defendants.

SO ORDERED this 20 day of April, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff filed motions "to stay [the] Report and Recommendation" and to amend his complaint. Docs. 13, 14. Plaintiff seeks to have consideration of the Report and Recommendation "stayed" so that he can include new details in his allegations. It is too late, however, for plaintiff to amend his complaint to correct deficiencies cited by the Magistrate Judge. His motions, Docs. 13 and 14, are **DENIED** and will be construed as objections to the Report and Recommendation.